

March 11, 2021

Claims Management, Inc.
P.O. Box 14731
Lexington, KY 40512-4731

Re:    Claimant          : Cheryl Mendez
       Claim Number      : 9309163
       Date of Accident  : 08/26/2020
       Your Insured      : Wal-Mart Stores, Inc.

Dear Sirs:

It is my hope that this claim will be resolved quickly and amicably but, in my experience, it may very likely require protracted litigation. Cheryl was exiting your store at approximately 9:45 AM when she slipped and fell in the parking lot. At the time of her fall Cheryl had already paid for her items and was carrying a bag to her car in the rain. While she was walking through the crosswalk, Cheryl slipped and fell on the painted line, that was unreasonably slick and lacked the sufficient slip resistant properties.



Currently Cheryl has approximately $78,000.00 in outstanding medical bills

    Memorial Regional Hospital    $66,387.76

    Town of Davie EMS    $     971.14

    ChiroCare of Florida    $11,462.05

Our only pre-litigation demand on this case is for $500,000.00. ████████████████████████████████████████████████████████

Please consider this a Time Limit Demand of 30 days.

                                                              Very Truly Yours,

                                                              /s/ Warren Peebles
                                                              Warren Q. Peebles Esq.