UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60933-CIV-SINGHAL

CHERYL ANN MENDEZ,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## ORDER OF REMAND

**THIS CAUSE** is before the Court parties' Stipulation to Cap Plaintiff's Damages and Remand (DE [3]). The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation to Cap Plaintiff's Damages and Remand (DE [3]) is **GRANTED**. The Clerk of Court is directed to **REMAND** this case to the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of May 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF